UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RICHARD YOUMANS,                                    :

               Plaintiff,               :

      -against-                                  :            ORDER

NYC DEP'T OF CORRECTIONS, ET AL.,        :            09 Civ. 1536 (DAB)(KNF)

           Defendants.               :
----------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


A telephonic conference was held with counsel to the defendants and plaintiff pro se on

November 17, 2009. As a result of the discussion had during the conference, IT IS HEREBY

ORDERED that:

    1.     all discovery, of whatever nature, shall be initiated so as to be completed on or

           before January 8, 2010;

    2.     on or before February 8, 2010, any dispositive motion shall be served and filed;

    3.     on or before March 8, 2010, the response to any dispositive motion shall be served

           and filed;

    4.     on or before March 19, 2010, the reply to any dispositive motion shall be served

           and filed; and

5.     on or before March 8, 2010, the parties shall submit their joint pretrial order if no

dispositive motion has been made in accordance with the schedule set forth above.

Dated: New York, New York
       November 23, 2009

SO ORDERED:

_Kevin Nathaniel Fox_

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Richard Youmans
David Alan Rosinus, Jr., Esq.