UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHARD YOUMANS,                                :

                Plaintiff,             :

      -against-                              :          ORDER

C.O. BAXTER, ET AL.,                            :          09 Civ. 1536 (DAB)(KNF)

                Defendants.            :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephonic conference was held with counsel to the defendants and plaintiff pro se on March 30, 2010. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that, on or before April 30, 2010, the parties shall submit their joint pretrial order to the Court. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
       March 31, 2010

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Richard Youmans
David Alan Rosinus, Jr., Esq.